Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA  94105-1127
T:  415.957.3000
F:  415.957.3001
Email:     rlseabolt@duanemorris.com
               tjevans@duanemorris.com

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T:  215-979-1246/7352
F:  215-979-1020
Email: ttloder@duanemorris.com
           sburke@duanemorris.com

Attorneys for Defendant,
IKON OFFICE SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHOWCHILLA ELEMENTARY SCHOOL DISTRICT, a California Department of Education entity,<br><br>Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 1:10-cv-01603-OWW-SMS<br><br>**ORDER GRANTING THE MOTIONS TO DISMISS FILED BY CHOWCHILLA ELEMENTARY SCHOOL DISTRICT AND THIRD PARTY DEFENDANTS AND AFFORDING IKON OFFICE SOLUTIONS LEAVE TO AMEND**<br><br>Judge:        Oliver W. Wanger<br>Location:   Courtroom __, Floor ___ |

Having considered the motions of Counter-Defendant CHOWCHILLA ELEMENTARY

SCHOOL DISTRICT (hereinafter "CESD") to dismiss the Counterclaim of Defendant and Third

Party Plaintiff IKON OFFICE SOLUTIONS, INC. ("IKON"), and the motions of Third Party

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendants TIMOTHY KENT and the RAY MORGAN COMPANY to dismiss IKON's first and sixth claims against Third Party Defendants, and IKON's oppositions thereto, it is hereby ordered as follows:

1. The CESD's motion to dismiss IKON's counterclaim is GRANTED. IKON is GRANTED LEAVE TO AMEND its counterclaim within twenty (20) days from the date of this Order, and Plaintiff shall have twenty (20) days thereafter to respond thereto; and

2. Third Party Defendants' motion to dismiss IKON's first and sixth claims is GRANTED. IKON is GRANTED LEAVE TO AMEND its complaint against Third Party Defendants within twenty (20) days from the date of this Order, and Third Party Defendants shall have twenty (20) days thereafter to respond thereto.

IT IS SO ORDERED.

Dated: March 8, 2011                    /s/ OLIVER W. WANGER

United States District Judge

2

Order Granting The Motions To Dismiss Filed By Chowchilla Elementary School District And Third Party Defendants And                    Case No. 1:10-cv-01603-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com