Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA  94105-1127
T:  415.957.3000
F:  415.957.3001
Email:    rlseabolt@duanemorris.com
          tjevans@duanemorris.com

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T:  215-979-1246/7352
F:  215-979-1020
Email: ttloder@duanemorris.com
       sburke@duanemorris.com

Attorneys for Defendant,
IKON OFFICE SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHOWCHILLA ELEMENTARY SCHOOL DISTRICT, a California Department of Education entity,<br><br>Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 1:10-cv-01603-AWI-SMS<br><br>**STIPULATION TO VACATE DATES SET IN SCHEDULING CONFERENCE ORDER AND ORDER**<br><br>Judge:     Anthony W. Ishii<br>Location:  Courtroom 2, Floor 8 |

**STIPULATION AND ORDER**

The parties, by their respective counsel, hereby submit this Stipulation and state as follows:

1

1.      After conducting substantial written discovery to date, the parties have each/all agreed to seek to make the necessary arrangements to schedule a mediation to attempt resolution of the claims raised in this proceeding.

2.      The parties believe that a successful mediation is more probable if, during and before the time the mediation takes place, all parties can be spared all further fact and expert discovery expenses, including depositions.

3.      Moreover, this action has been recently reassigned to Chief U.S. District Court Judge Anthony W. Ishii and the parties recognize that the discovery cut-off dates, pre-trial conference and trial dates previously set may not be realistic due to the Court's existing calendar.

4.      For these reasons, and, because the parties do not anticipate being able to conduct a mediation until December the parties agree and request this Court to vacate all dates set in the Court's previous "SCHEDULING CONFERENCE ORDER" dated May 23, 2011 (Docket #49). The parties request that the Court set a new Scheduling Conference, if necessary, after completion of the mediation if the case is not settled.

Dated: November 15, 2011

IKON OFFICE SOLUTIONS, INC.

   /s/ Terrance J. Evans
By its Counsel
Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
Duane Morris LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000
F: 415.957.3001
Email: rlseabolt@duanemorris.com
       tjevans@duanemorris.com

Dated: November 15, 2011

CHOWCHILLA ELEMENTARY SCHOOL DISTRICT; RAY A MORGAN COMPANY, INC.; AND TIMOTHY THOMPSON

   /s/ Timothy L. Thompson

Timothy L. Thompson
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
T: 559-433-1300
F: 559-433-2300
Email:tim.thompson@mccormickbarstow.com

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T: 215-979-1246/7352
F: 215-979-1020
Email: ttloder@duanemorris.com
       sburke@duanemorris.com

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that all dates set in this Court's Scheduling Conference Order dated May 23, 2011 (Docket #49) are hereby vacated. The Parties are ordered to proceed, as agreed, with a mediation. If the case is not settled at the mediation, the Parties are ordered to notify the Court within thirty (30) days of the mediation that the case was not settled and request the setting of a new scheduling conference where new dates will be set for the discovery, pre-trial conferences/hearings and trial of this matter.

IT IS SO ORDERED.

Dated:   November 16, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE