McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy L. Thompson, #133537
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter Defendants CHOWCHILLA ELEMENTARY SCHOOL DISTRICT and Third Party Defendants RAY A. MORGAN COMPANY and TIMOTHY KENT

**FILED**

OCT 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHOWCHILLA ELEMENTARY SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio corporation,<br><br>Defendant.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>RAY A. MORGAN COMPANY, a California corporation, and TIMOTHY KENT, an individual,<br><br>Third Party Defendant. | Case No. 1:10-cv-01603 AWI SMS<br><br>**STIPULATION OF DISMISSAL**<br>**[F.R.C.P. 41(a)(a)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims, counterclaims and third party claims for legal, equitable or other relief of any kind, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

---

STIPULATION OF DISMISSAL

Dated: October 2, 2012                          McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH LLP


                                                By:      /s/ Timothy L. Thompson
                                                         Timothy L. Thompson
                                                Attorneys for Plaintiff and Counter Defendanats
                                                CHOWCHILLA ELEMENTARY SCHOOL
                                                DISTRICT and Third Party Defendants RAY A.
                                                MORGAN COMPANY and TIMOTHY KENT

Dated: October 2, 2012                                      DUANE MORRIS


                                                By:      /s/ Thomas T. Loder
                                                         Thomas T. Loder
                                                Attorneys for Ikon Office Solutions, Inc.

58321-00020 2166642.1


It is so Ordered. Dated: 10-5-12

_____
United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION OF DISMISSAL